RECEIVED

MAR 2 2 2017 ✓

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

ROBERT LAWRENCE

VERSUS

TAKEDA PHARMACEUTICAL COMPANY
LIMITED, ET AL

MISC. CASE NO. 17-mc-45

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Robert Lawrence as Executor and Derivative Claimant of the Estate of Calvin Jackson Lawrence is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 22nd day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE